CHAPPELLE v. FOUR HUNDRED AND TWELVE BROADWAY CO. et al.
(No. 236–53.)

(Supreme Court, Appellate Division, Third Department.    November 10, 1915.)

Appeal from State Workmen's Compensation Commission.

Proceeding under the Workmen's Compensation Act by Martha Chappelle, widow of Joseph T. Chappelle, deceased, for compensation for the death of her husband, opposed by the Four Hundred and Twelve Broadway Company, employer, and the Zurich General Accident & Liability Insurance Company, Limited, insurer. Compensation awarded, and the employer and insurer appeal. Award affirmed.

Argued before SMITH, P. J., and KELLOGG, LYON, HOWARD, and WOODWARD, JJ.

PER CURIAM. Award unanimously affirmed, upon the opinion of KELLOGG, J., in matter of Wilson v. Dorflinger, 155 N. Y. Supp. 857, decided herewith.